UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CHRISTOPHER VALDEZ,

Defendant.

26-CR-511 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record of today's conference, the Court overruled Judge Moses's ruling of November 4, 2026 that authorized the defendant's release on conditions. The Court found that, on the present record, there is no condition, or combination of conditions, that will reasonably assure the safety of the community. The Court, however, will revisit that judgment if the electronic evidence seized from the defendant's home pursuant to a warrant on November 4, upon review, reflects an absence of criminal conduct between his state arrest in April and his arrest on November 4. The Court schedules a conference for **November 23, 2026** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y., to take up that issue.

The Court separately schedules a pretrial conference in this case for **December 21, 2026** at **2:30 p.m.**, also in **Courtroom 1305** of the Thurgood Marshall Courthouse. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until December 21, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2026
New York, New York